UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Criminal No. 09-823

v.  :  18 U.S.C. § 1956(h)

NILESH DASONDI  :  <u>INFORMATION</u>

The defendant having waived in open court prosecution by indictment, the Acting United States Attorney for the District of New Jersey charges:

Between in or about January 2002 and in or about June 2008, in Middlesex County, in the District of New Jersey, and elsewhere, the defendant,

NILESH DASONDI,

knowing that the property involved in the financial transactions represented the proceeds of unlawful activity, specifically trafficking in fraudulent documents relating to visas and resident legal status, and with the intent to promote the carrying on of specified unlawful activity, did knowingly conspire and agree with others to conduct financial transactions affecting interstate and foreign commerce which in fact involved the proceeds of that specified unlawful activity, contrary to Title 18, United States Code, Section 1956(a)(1)(A)(i).

In violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

1. The allegations contained on the previous page of the Information are realleged and incorporated herein by reference.

2. Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of the offense set forth in this Information, the defendant shall forfeit to the United States the following property: All right, title, and interest in any and all property involved in the offense in violation of Title 18, United States Code, Section 1956(h), and all property traceable to such property, including but not limited to approximately $296,921.82 seized from the defendant on or about June 5, 2008.

*Paul J. Fishman*
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 2008R00175

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

NILESH DASONDI

## INFORMATION FOR

18 U.S.C. § 1956(h)

**PAUL J. FISHMAN**

U.S. ATTORNEY NEWARK, NEW JERSEY

SANDRA L. MOSER
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2729

3