PAUL J. FISHMAN
United States Attorney
By: SANDRA MOSER
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel: 973.645-2700
Fax: 973.297.2010
Sandra.Moser@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. William J. Martini, U.S.D.J. |
| *Plaintiff,* | : | |
| v. | : | *Criminal No.* 09-823 |
| NILESH DASONDI | : | **FINAL ORDER OF FORFEITURE** |
| *Defendant.* | : | |

**WHEREAS**, on or about November 24, 2009, a Consent Judgment and Preliminary Order of Forfeiture was entered between the United States and the defendant, Nilesh Dasondi, pursuant to 18 U.S.C. § 982, for the forfeiture of a total of $296,921.82 in United States currency, including, but not limited to:

    a.    $72,191.55 in United States currency held in account number 200004696638 in the name of Cygate Software & Consulting located at Wachovia Bank;

    b.    $4,425.33 in United States currency held in account number 2000011546580 in the name of Cygate Software & Consulting located at Wachovia Bank;

    c.    $70,756.21 in United States currency held in account number 2000030965113 in the name of Cygate Software & Consulting located at Wachovia Bank;.

    d.    $138,357.73 in United States currency held in account number 2000037684604 in

the name of iTrendz located at Wachovia Bank;

e. $6,956.00 in cash, which was seized from Nilesh Dasondi on June 10, 2008 at Cygate Software & Consulting, 22 Meridian Road, Units 9 and 10, located in Edison, New Jersey;

f. $135.00 in MoneyGram Money Order #5611715673;

g. $500.00 in MoneyGram Money Order #5611715671;

h. $500.00 in MoneyGram Money Order #5611715672;

i. $1000.00 in a Western Union Money Order #08-919035881;

j. $1000.00 in a Western Union Money Order #08-919035880;

k. $600.00 in a United States Postal Money Order #12375034751; and

l. $500.00 in a United States Postal Money Order #12375034762,

as property constituting or derived from proceeds traceable to a violation of 18 U.S.C. § 1956(h).

**WHEREAS**, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 982, and in the manner set forth in Rule 32.2(b)(6) of Federal Rules of Criminal Procedure, the United States posted for at least 30 consecutive days on the official internet government forfeiture website, namely http://www.forfeiture.gov, between November 28, 2009 and December 27, 2009, a notice of its intent to dispose of the forfeited property in accordance with the law and further notifying all third parties of their right to petition the Court within 30 days of the final publication of the above notice, for a hearing to adjudicate the validity of their alleged legal interest in the property (Moser Decl., Exhibit A); and

**WHEREAS,** no timely claims have been filed on the property by any third parties; and

**THEREFORE** it is hereby **ORDERED, ADJUDGED AND DECREED:**

1. That a Final Order of Forfeiture is entered and the defendant property is hereby

forfeited to the United States of America and no right, title or interest in the asset shall exist in any other party.

2. That, any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, as well as any income derived as a result of the United States Department of Homeland Security, Immigration and Customs Enforcement's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Department of Homeland Security, Immigration and Customs Enforcement into the Department of the Treasury Forfeiture Fund, in accordance with the law;

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this /5 day of July, 2010

HONORABLE WILLIAM J. MARTINI
United States District Judge